```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 17544
    HOMER MARSH
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2505


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/04/2005 and was confirmed 07/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

     The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED NOT I   NOT FILED          .00              .00
INTERNAL REVENUE SERVICE   PRIORITY           2782.87         .00          2782.87
FAIRLANE CREDIT LLC        SECURED            8369.00       839.57         8369.00
AT&T BROADBAND             UNSECURED        NOT FILED         .00              .00
AT & T                     NOTICE ONLY     NOT FILED          .00              .00
AT & T WIRELESS            UNSECURED        NOT FILED         .00              .00
AT&T WIRELESS              NOTICE ONLY     NOT FILED          .00              .00
CITY OF CHICAGO REVENUE    UNSECURED        NOT FILED         .00              .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED         .00              .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY     NOT FILED          .00              .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED         .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED         .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED         .00              .00
INTERNAL REVENUE SERVICE   UNSECURED          4283.59         .00           514.03
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED         .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        NOT FILED         .00              .00
JEFFERSON CAPITAL LLC      NOTICE ONLY     NOT FILED          .00              .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED         .00              .00
MCI TELECOMMUNICATIONS     NOTICE ONLY     NOT FILED          .00              .00
NATIONAL CAPITAL MANAGEM   UNSECURED          1332.48         .00           159.90
PROVIDIAN                  NOTICE ONLY     NOT FILED          .00              .00
AT & T BANKRUPCTY          UNSECURED          1162.56         .00           139.51
SBC                        NOTICE ONLY     NOT FILED          .00              .00
SBC                        NOTICE ONLY     NOT FILED          .00              .00
SIR FINANCE                UNSECURED          2429.00         .00           291.48
UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED         .00              .00
UNIVERSITY OF CHICAGO PH   NOTICE ONLY     NOT FILED          .00              .00
UNIVERSITY OF CHICAGO HO   NOTICE ONLY     NOT FILED          .00              .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED         .00              .00
FAIRLANE CREDIT LLC        UNSECURED           103.27         .00            12.39
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,105.20                      2,105.20
TOM VAUGHN                 TRUSTEE                                           953.68

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 17544 HOMER MARSH
```

```
DEBTOR REFUND              REFUND                                       84.75

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 16,252.38

PRIORITY                                         2,782.87
SECURED                                          8,369.00
     INTEREST                                      839.57
UNSECURED                                        1,117.31
ADMINISTRATIVE                                   2,105.20
TRUSTEE COMPENSATION                               953.68
DEBTOR REFUND                                       84.75
                        ---------------    ---------------
TOTALS                   16,252.38              16,252.38
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 02/26/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 05 B 17544 HOMER MARSH